ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SCOTT J. BORROWMAN, CSBN 241021
Special Assistant United States Attorney

    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: 415-977-8942
    Facsimile: 415-744-0134
    E-Mail: scott.borrowman@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| VANESSA WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 10-229-RZ<br><br>~~[PROPOSED]~~ **JUDGMENT OF REMAND** |

~~The Court having approved~~ In accordance with the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrently with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

Dated: September 29, 2010

                                    _____
                                    HON. RALPH ZAREFSKY
                                    UNITED STATES MAGISTRATE JUDGE