LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VANESSA WILLIAMS, ) | No. EDCV 10-229 RZ |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AWARDING |
| ) | EAJA FEES |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner Of Social Security, ) | |
| ) | |
| Defendant. ) | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of TWO THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($2,600.00).~~ subject to the terms of the stipulation.~~

   DATE:  November 09, 2010_____/s/ Ralph Zarefsky_____

                         HON. RALPH ZAREFSKY
                         UNITED STATES MAGISTRATE JUDGE